and *Hugh M. Bennett* for petitioner. *John H. Bruninga* for respondents.

No. 252. McGuire et al. *v.* Todd et al. C. A. 5th Cir. Certiorari denied. Petitioners *pro se. H. P. Kucera* for respondents.

No. 254. White *v.* Commissioner of Internal Revenue. C. A. 3d Cir. Certiorari denied. *Henry D. O'Connor* for petitioner. *Acting Solicitor General Stern, Acting Assistant Attorney General Slack, Lee A. Jackson* and *S. Dee Hanson* for respondent.

No. 255. Davenport *v.* United States. C. A. 5th Cir. Certiorari denied. *James H. Martin* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Murray* and *Beatrice Rosenberg* for the United States.

No. 256. Rising *v.* United States. C. A. 5th Cir. Certiorari denied. *James H. Martin* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Murray, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 257. Washington Lumber & Millwork Co. *v.* Dant & Russell Sales Co. Supreme Court of Pennsylvania. Certiorari denied. *Edwin P. Rome* for petitioner. *Walter Biddle Saul* for respondent.

No. 259. Advance Machinery Exchange, Inc. *v.* Commissioner of Internal Revenue. C. A. 2d Cir. Certiorari denied. *J. H. Landman* for petitioner. *Acting*

*Solicitor General Stern, Acting Assistant Attorney General Slack, Lee A. Jackson* and *Joseph F. Goetten* for respondent.

No. 261.   BARNETT *v.* JENKINS.   St. Louis Court of Appeals of Missouri.   Certiorari denied.   Petitioner *pro se.   Milton F. Napier* for respondent.

No. 263.   HARDENBERGH ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 8th Cir.   Certiorari denied. *Leland W. Scott* for petitioners.   *Acting Solicitor General Stern, Acting Assistant Attorney General Slack* and *L. W. Post* for respondent.

No. 265.   COAST *v.* HUNT OIL CO. ET AL.   C. A. 5th Cir. Certiorari denied.   *William H. Bronson* for petitioner. *David T. Searls* and *J. D. Head* for the Hunt Oil Co., and *Calvin A. Brown, C. F. Currier, Leon O'Quin* and *Arthur O'Quin* for the Ohio Oil Co., respondents.

No. 268.   DuPONT *v.* DuPONT.   Supreme Court of Delaware.   Certiorari denied.   *Arthur G. Logan* for petitioner.   *James R. Morford* for respondent.

No. 269.   CITY OF LOS ANGELES ET AL. *v.* HOUSING AUTHORITY OF THE CITY OF LOS ANGELES.   Supreme Court of California.   Certiorari denied.   *Ray L. Chesebro, William H. Neal, Bourke Jones* and *Charles S. Rhyne* for petitioners.   *Joseph P. Loeb* and *Leonard S. Janofsky* for respondent.